20 A.3d 1188

**John CRAMER and Ellen Cramer, Petitioners**

v.

**ALLSTATE INSURANCE COMPANY and Paul Mattus Agency, Inc., Respondents.**

Supreme Court of Pennsylvania.

May 24, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of May, 2011, the Petition for Allowance of Appeal is DENIED.